# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re:                                          )        SECTION 347 (a) UNCLAIMED
                                                )        PROPERTY REPORT
    Various debtors--                       )
    See attached listing                    )
_____)

     Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

     Unclaimed funds in the amount of **$7042.88** paid to the above-entitled Court.

     Dated this 24th day of September, 2014

                          David M. Howe, Trustee

Section 347(a)
Unclaimed Property Report

Unclaimed fund September 24, 2014

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 11-47583 | Margo A Forbes | Trustee claim # 3<br>Nancy A Smith & Associates<br>621 SW Morrison St # 700<br>Portland, OR 97205 | 471598 | 7,042.88 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 7,042.88 |