# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re: Margo Alicia Forbes | Case Number: 11-47583 |
|---|---|
| Debtor(s). | Petition for Payment of Unclaimed Funds and Order Thereon |

FILED
Western District of Washington
at Seattle
NOV 20 2014
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

1. I am petitioning to receive the total amount of $ _7,042.88_____, which was tendered to the Clerk of the above-entitled Court on _09/29/14_____ [date(s)] by the case trustee as unclaimed funds on behalf of _____ _Calvary Portfolio Services LLC_____ [name of original creditor/debtor].

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue based upon the following [check the statement(s) that apply]:

   ☐ a. The applicant, whose Tax ID is _____, is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   ☒ b. The applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or is authorized by the attached notarized, original Power of Attorney to file this application on the behalf of the creditor/debtor, whose Tax ID is _xx-xxxx1392_____.

   ☐ c. The applicant, whose Tax ID is _____, is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☐ d. The applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, whose Tax ID is _____.

   ☐ e. The applicant, whose Tax ID is _____, is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate applicant's right to act on behalf of the decedent's estate.

   ☐ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, the applicant is entitled to such monies because: _____

3. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

4. Pursuant to 28 U.S.C. § 2042, on _11/18/14_____ [date], a copy of this completed application (with all supporting documentation) was mailed to: United States Attorney, 700 Stewart St., Ste. 5220, Seattle WA 98101-1271.

WAW 118.FI (1/1/06)     Application for Payment of Unclaimed Funds – Page 1 of 2

5. I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct:

Dated: 11/18/14

Applicant's Signature _____

Applicant's Name  Joseph V. O'Connor, Attorney-in-Fact

Address  c/o American Property Locators, Inc.

3855 S. Boulevard, Ste 200, Edmond, OK 73013

Telephone Number  (405) 340-4900 Ext. 25

On this day, Nov. 18th _____, I certify that I know or have satisfactory evidence that (insert name and title of signer) Joseph V. O'Connor _____ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Notary Public
State of Oklahoma
JACOB WELSH
TULSA COUNTY
COMMISSION #12006342
Comm. Exp. 07-05-2016

Notary Public
My commission expires 7-5-16
State of Oklahoma
Residing at Tulsa

---

FOR COURT USE ONLY

Approved as to Form: _____
                        Financial Clerk

IT IS ORDERED that the Clerk of the Bankruptcy Court shall disburse said amount to petitioner.

DATED _____.                          _____
                                                UNITED STATES BANKRUPTCY JUDGE

WAW 118.FI (1/1/06)    Application for Payment of Unclaimed Funds – Page 2 of 2

Case 11-47583-PBS    Doc 51    Filed 11/20/14    Ent. 11/20/14 10:36:29    Pg. 2 of 3

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Cavalry Portfolio Services, LLC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Joseph V. O'Connor of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents in the amount of $7,042.88, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 31st day of October, 2014.

**PRINCIPAL:**
Cavalry Portfolio Services, LLC
Federal ID #_____1392

By: _____

Title: E.V.P.

**PRINCIPAL'S ADDRESS:**

500 Summit Lake Drive, Suite: 400
Valhalla, NY 10595-1340

## ACKNOWLEDGMENT

STATE OF New York )

COUNTY OF Westchester )

Before me a Notary Public, in and for said County and State on this 31st day of October, 2014, personally appeared Christian Panlun to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its EVP (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

_____
Notary Public

DAVID BURKART
Notary Public, State of New York
No. 02BU6110958
Qualified in Putnam County
Commission Expires June 1, 2016