**Below is the Order of the Court.**

*Paul B. Snyder*

**Paul B. Snyder**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re:

Margo Alicia Forbes,

                Debtor.

Case No. 11-47583

**ORDER TO SHOW CAUSE AS TO PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

    Margo Forbes (Debtor) filed a Chapter 13 bankruptcy petition on September 23, 2011. The case was closed on November 5, 2014. On November 3, 2014, a Petition for Payment of Unclaimed Funds was filed by Dilks and Knopik, LLC, on behalf of Thad T Smith, administrator to the estate of Nancy A Smith, successor in interest to Nancy A Smith and Associates. The applicant seeks to receive $7,042.88 in unclaimed funds. On November 20, 2014, a Petition for Payment of Unclaimed Funds in the same amount was filed by American Property Locators, Inc., on behalf of Calvary Portfolio Services LLC; accordingly, it is hereby

    **ORDERED** that Dilks and Knopik, LLC, on behalf of Thad T Smith, administrator to the estate of Nancy A Smith, successor in interest to Nancy A Smith and Associates, and American Property Locators, Inc., on behalf of Calvary Portfolio Services LLC, are required to appear before the Court on **December 18, 2014, at 1:00 p.m. in United States Bankruptcy**

**Court, 1717 Pacific Avenue, Courtroom H, Tacoma, Washington**, to show cause as to whether either Applicant is entitled to the requested funds.

/// End of Order ///