**Below is the Order of the Court.**

*Paul B. Snyder*
_____
**Paul B. Snyder**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Form ounclfd (02/2010)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

Margo Alicia Forbes

Debtor(s).

Case Number: 11–47583–PBS
Chapter: 13

---

**ORDER GRANTING PETITION FOR UNCLAIMED FUNDS**

THIS MATTER having come on before the Court on the Petition for Payment of Unclaimed Funds (the "Petition") submitted by **American Property Locators on behalf of Calvary Portfolio Services, LLC**; the Court having reviewed the Petition and finding that notice to the United States Attorney has been provided in accordance with 28 U.S.C. §2042, and that **Calvary Portfolio Services, LLC** and their authorized representative, if any, has/have demonstrated a right to funds in the amount of **$7,042.88**

Now, therefore, it is hereby ORDERED that the Clerk of the Court shall disburse funds in the amount of **$7,042.88** to **Calvary Portfolio Services, LLC**.

///End of Order///